# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA17-00186-M-3 |
| ADRIAN ENRIQUE DELREAL DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of  Defendant Adrian Enrique Delreal  , IT IS ORDERED that a detention hearing is set for  Wednesday, June 7  ,  2017  , at  11:00  ☒a.m. / ☐p.m. before the Honorable  John D. Early  , in Courtroom  6B  .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  June 2, 2017  

John D. Early
U.S. ~~District Judge~~/Magistrate Judge